UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Keith Marcel Rembert, Sr.** | § | **CASE NO. 17-04963** |
| | § | **HON. Scott W Dales** |
| **Debtor(s)** | § | |
| | § | |

## STIPULATED FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtor, Keith Marcel Rembert, Sr., by his counsel, Mapes Law Offices, and the Chapter 13 Trustee, Barbara P. Foley, and for their Stipulated First Post-Confirmation Amended Chapter 13 Plan, state as follows:

1. The Debtor is able to commit additional disposable income to his Chapter 13 Plan. Therefore, Section II.A of the Confirmed Plan is amended to provide that the Debtor's new plan payment shall be $372.55 monthly.

2. The Plan remains unchanged in all respects not in conflict with this amendment.

3. This amendment has no detrimental effect on creditors, and service upon the Matrix should therefore be waived.

WHEREFORE, the undersigned hereby agree and stipulate to entry of the attached Order Approving Stipulated First Post-Confirmation Amended Chapter 13 Plan.

Dated: 11/19/19

/s/ Barbara P. Foley /HBC
Barbara P. Foley, Chapter 13 Trustee

Dated: 11/5/2019

/s/
Keith Marcel Rembert, Sr., Debtor

Dated: 10/31/2019

/s/George J. George
Jeffrey D. Mapes, Attorney for Debtor
George J. George, Associate Attorney
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
Phone: (616) 719-3847
Fax: (616) 719-3857